Case 6:20-cv-00050 Document 32 Filed on 12/22/20 in TXSD Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
December 22, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| BILL BAKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:20-CV-00050 |
| | § | |
| CHRISTI TUPA, *et al*, | § | |
| | § | |
| Defendants. | § | |

## AMENDED MEMORANDUM AND RECOMMENDATION

Plaintiff Bill Baker, a Texas inmate appearing *pro se* and *in forma pauperis*, has filed this prisoner civil rights action pursuant to 42 U.S.C. § 1983. In this action, Plaintiff asserts claims under § 1983 and the Americans with Disabilities Act, 42 U.S.C. §§ 12131-12165 (ADA).

In a Memorandum and Recommendation issued on December 1, 2020, the undersigned recommended that this Court retain only Plaintiff's: (1) deliberate indifference claim against **Dr. Christi Tupa** in her individual capacity based on her decision to rescind Plaintiff's medical locker box pass; and (2) ADA claim against the **Texas Department of Criminal Justice (TDCJ)** based on Dr. Tupa's decision. (D.E. 28). The undersigned separately ordered service on Dr. Tupa and the TDCJ. (D.E. 29).

The Office of the Attorney General (OAG) has filed an *amicus curiae* Objection to the M&R. (D.E. 31). The OAG states that Dr. Tupa is an employee of The University of

Texas Medical Branch (UTMB), which is a separate entity from the TDCJ. (D.E. 31, p. 1). Thus, the OAG contends that Plaintiff's ADA claim, which is based on Dr. Tupa's actions, should proceed against the UTMB. (D.E. 31, pp. 1-2).

The undersigned agrees with the OAG. Accordingly, the M&R issued on December 1, 2020 is **AMENDED** to respectfully recommend that Plaintiff's ADA claim be **RETAINED** against the UTMB instead of the TDCJ. In a separate order, the undersigned will direct that UTMB be substituted in place of TDCJ and direct service on UTMB.

Respectfully submitted on December 22, 2020.

_____
Julie K. Hampton
United States Magistrate Judge

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within FOURTEEN (14) DAYS after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United* Servs. *Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996)(en banc).